DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 449P11-5 | State v. Charles Everette Hinton | 1. Def's *Pro Se* Motion for an Oral Hearing<br><br>2. Def's *Pro Se* Motion for Request for Disposition on Petition for *Writ of Habeas Corpus* | 1. Dismissed 12/13/12<br><br>2. Denied 12/13/12 |
|---|---|---|---|
| 450P12 | Barbara R. Duncan v. John H. Duncan | Def's PDR Under N.C.G.S. § 7A-31 (COA12-399) | Allowed<br><br>**Beasley, J., Recused** |
| 453P12 | State v. Edin Amaury Benavides | Def's *Pro Se* Motion for PDR (COA10-135) | Dismissed |
| 462P12 | Charles Daniel Hillard v. Thi Den Hillard | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-353) | Denied |
| 464P12 | State v. Michael Wade Nidiffer | Def's PDR Under N.C.G.S. § 7A-31 (COA12-61) | Denied |
| 466P12 | State v. Trawick Hamilton Stubbs | 1. Def's PWC to Review Order of COA (COA12-1115)<br><br>2. Def's Notice of Withdrawal of Appeal and Motion to Withdraw Petition for Certiorari to the North Carolina Supreme Court | 1. Dismissed as Moot<br><br>2. Allowed |
| 467P12 | Stephanie Ritchie v. Christopher D. Ritchie | 1. Def's PDR Under N.C.G.S. § 7A-31<br><br>2. Def's Motion for Temporary Stay<br><br>3. Def's Petition for *Writ of Supersedeas* | 1.<br><br>2. Allowed 11/9/12<br><br>3. |
| 468P12 | State v. Michael K. Davis | 1. Def's *Pro Se* Motion in Response to State's Response to PWC (COAP12-878)<br><br>2. Def's *Pro Se* Motion for Extension of Time to File a *Writ of Certiorari*<br><br>3. Def's *Pro Se* PWC to Review Order of COA | 1. Dismissed<br><br>2. Dismissed as Moot<br><br>3. Dismissed |
| 470P12 | State v. Walter Hayes Graham | Def's PDR Under N.C.G.S. § 7A-31 (COA12-258) | Denied<br><br>**Beasley, J., Recused** |
| 471P12 | State v. James Perry Capps | Def's PDR Under N.C.G.S. § 7A-31 (COA12-312) | Denied |